UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: POLAROID CORPORATION

| | | |
|---|---|---|
| WIND DOWN ASSOCIATES, LLC as Plan Administrator on Behalf of the Estates of Polaroid Corporation et al., | ) ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | Civil Action No. 04-624-**SLR** |
| BENNETT ROCKNEY, | ) ) ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules Civil Procedure 41, Plaintiff and Defendant hereby stipulate that the above-captioned case be dismissed with prejudice. Each party shall bear its own costs and expenses. This adversary proceeding is hereby closed.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ M. M.* | */s/ Suzanne M. Hill* |
| Joseph A. Malfitano (No. 4020) | Elihu E. Allinson, III (No. 3476) |
| Maribeth L. Minella (No. 4185) | Suzanne M. Hill (No. 4414) |
| Erin Edwards (No. 4392) | Hercules Plaza, Sixth Floor |
| The Brandywine Building | 1313 North Market Street |
| 1000 West Street, 17th Floor | P.O. Box 951 |
| Wilmington, Delaware 19899-0391 | Wilmington, Delaware 19899-0591 |
| Phone: (302) 571-6600 | Phone: (302) 984-6000 |
| Email: mminella@ycst.com | Email: shill@potteranderson.com |
| -and- | -and- |
| KELLEY DRYE & WARREN LLP | MCDERMOTT WILL & EMERY LLP |
| Jay N. Heinrich | Stephen B. Selbst |
| 101 Park Avenue | 50 Rockefeller Plaza |
| New York, New York 10178 | New York, New York 10020 |
| Phone: (212) 803-7800 | Phone: (212) 547-5400 |
| Attorneys for Plaintiff | Attorneys for Defendant |

SO ORDERED:

Date:_____, 2005        _____

## CERTIFICATE OF SERVICE

I, Maribeth L. Minella, Esquire hereby certify that on April 22, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Elihu Ezekiel Allison, III, Esquire
>Potter Anderson & Corroon, LLP
>1313 N. Market St., Hercules Plaza, 6th Fl.
>P.O. Box 951
>Wilmington, DE  19801

I further certify that on April 22, 2005, I caused a copy of the foregoing document to be served on the following non-registered participants in the manner indicated:

**BY FIRST-CLASS MAIL**

>Stephen B. Selbst, Esq.
>McDermott Will Emery LLP
>50 Rockefeller Plaza
>New York, NY  10020

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>_/s/ m. m._
>Maribeth L. Minella (No. 4185)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware  19801
>(302) 571-6600
>mminella@ycst.com

>Attorneys for Plaintiff